**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Trivial Development Corp.**, | Bankruptcy No. 14-21378 |
| Debtor. | Honorable Donald R. Cassling |

**NOTICE OF MOTION FOR APPROVAL OF FINAL**
**DISTRIBUTION TO HOLDERS OF ALLOWED CLASS TWO**
**CLAIMS UNDER CONFIRMED PLAN**

    **PLEASE TAKE NOTICE** that on **December 20, 2016, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will present the Reorganized Debtor's Motion for Approval of Final Distributions to Holders of Allowed Class 2 Claims (General Unsecured Claims) under Confirmed Plan before the Honorable Donald R. Cassling, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. A copy of the motion is herewith served upon you.

Dated: November 23, 2016          **Trivial Development Corp.**

                                             By: /s/ Sara E. Lorber
                                                  One of Its Attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-6976
Fax:  (847) 574-8233
Email:wfactor@wfactorlaw.com
        jpaulsen@wfactorlaw.com

# CERTIFICATE OF SERVICE

I, William J. Factor, an attorney, hereby certify that on November 23, 2016, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice* and the accompanying *Notice of Motion* and *Reorganized Debtor's Motion for Approval of Final Distribution to Holders of Allowed Class 2 Claims (General Unsecured Claims) Under Confirmed Plan* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List and by United States Mail on the persons with addresses below.

/s/ Sara E. Lorber

**SERVICE LIST**

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| David L. Hazan | dlhazan@divergrach.com |
| Stephanie K. Hor-Chen | schen@vedderprice.com, ecfdocket@vedderprice.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Christopher M. Saternus | cmsaternus@msn.com |
| David A. Shapiro | dshapiro@bronsonkahn.com |
| Ariel Weissberg | ariel@weissberglaw.com, Hava@weissberglaw.com, mike@weissberglaw.com, victor@weissberglaw.com, john@weissberglaw.com, ro@weissberglaw.com |

United States Mail Recipients

THE NATIONAL REPUBLIC BANK OF CHICAGO
1201 W. HARRISON STREET
CHICAGO IL 60607-3319

EDOC COMMUNICATIONS INC.
555 BUSINESS CENTER PKWY.
MOUNT PROSPECT IL 60056-2175

(NICOR) NORTHERN ILLINOIS GAS
ATTENTION BANKRUPTCY & COLLECTIONS PO BOX 549
AURORA IL 60507-0549

ABC-AMEGA INC.
1100 MAIN STREET
BUFFALO NY 14209-2356

AMERICAN EXPRESS BANK FSB C/O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

ARMBRUST PAPER TUBES
6255 S. HARLEM AVE
CHICAGO IL 60638-3906

ARTWORKS! LICENSING LLC
10099 SE WHITE PELICAN WAY
JUPITER FL 33469-1428

AVERY DENNISON
1100 MAIN ST.
BUFFALO NY 14209-2308

BALSAMO PARTNERS
539 YOSEMITE CT
ROSELLE IL 60172-1211

BENTLY LICENSING
1410J LESNICK LANE
PO BOX 5551
WALNUT CREEK CA 94596-1551

CKB FIRM
30 N. LASALLE ST SUITE 1520
CHICAGO IL 60602-3387

CARTAMUNDI USA
AMERICAN FINANCIAL MANAGEMENT INC. 8755 W. HIGGENS SUITE 610
CHICAGO IL 60631-2751

CARTAMUNDI USA INC
TELLER LEVITT & SILVERTRUST PC
19 SOUTH LASALLE STREET SUITE 701 CHICAGO IL 60603-6369

CBEYOND
13474 COLLECTIONS DR.
CHICAGO IL 6069

CHRISTOPHER M. SATERNUS PC
102 WEST EMERSON ST
ARLINGTON HEIGHTS IL 60005-3738

COMED COMPANY
3 LINCOLN CENTER
ATTN: BKCY GROUP - CLAIMS DEPARTMENT OAK BROOK IL 60181-4204CORBIS CORPORATION 13159 COLLECTIONS CENTER DR.
CHICAGO IL 60693-0131

CREATIVE ASSEMBLY
539 YOSEMITE CT ROSELLE IL 60172-1211

CREATIVE ASSEMBLY INC
539 YOSEMITE CT
ROSELLE IL 60172-1211

CREEKSIDE PRINTING
1175 DAVIS ROAD
ELGIN IL 60123-1315

CUSTOM GLOBAL LOGISTICS
317 W. LAKE ST.
NORTHLAKE IL 60164-2433

DG PRINTING INC
2246 PALMER DRIVE
SCHAUMBURG IL 60173-3852

DEMAIO GRAPHICS
9745 SOUTH INDUSTRIAL DR.
BRIDGEVIEW IL 60455-2331

EDOC COMMUNICATIONS INC
DAVID A SHAPIRO
BRONSON & KAHN LLC
150 N WACKER DRIVE SUITE 1400
CHICAGO IL 60606-1634

EPI PRINTERS INC
C/O DANIELLE MASON ANDERSON
277 SOUTH ROSE STREET
SUITE 5000
KALAMAZOO MI 49007-4730

EDWARD BERLIN
BERLIN STRICKLER & ASSOCIATES LTD
970 N OAKLAWN AVE STE 301
ELMHURST IL 60126-1027

ESTATE OF ANGELINE BALSAMO
539 YOSEMITE CT ROSELLE IL 60172-1211

FIFTH THIRD BANK
C/O DAVID L HAZAN
111 N COUNTY STREET
WAUKEGAN IL 60085-4344

FIRST FEDERAL LEASING
348 WEST MAIN ST.
#203
MARSHALL MN 56258-137

GFC LEASING
PO BOX 2290
MADISON WI 53701-2290

GENERAL DISPLAYS
5450 DODDS AVE
BUENA PARK CA 90621-1209

GREAT AMERICAN GREED
633 S. FEERAL
SUITE 400A
FORT LAUDERDALE FL 33301-3393

HINCKLEY SPRINGS WATER
PO BOX 660579
DALLAS TX 75266-0579

INFINITI
4325 LINCOLN AVE.
LISLE IL 60532 1211

JESSUP PAPER BOX
4775 DALE DR
LAFAYETTE IN 47905-7709

KTR
KIF PROPERTY TRUST
PO BOX 415489
BOSTON MA 02241-5489

KTR ILLINOIS LLC
C/O ARIEL WEISSBERG ESQ
401 S LASALLE ST STE 403
CHICAGO IL 60605-1079

KATHY BAZOIAN
PHELPS DIAMOND MCCARTHY LLP
1999 AVENUE OF THE STARS
11TH FLOOR
LOS ANGELES CA 90067-4618

*CANADA*
KUEHNE & NAGEL SVC'S LTD
601-535 THURLOA ST.
VANCOUVER BC V6E3L2 CANADA

LAW OFFICES OF CHRISTOPHER STULL
29W204 ROOSEVELT ROAD
WEST CHICAGO IL 60185-3926

LAWRENCE J BALSAMO
539 YOSEMITE CT
ROSELLE IL 60172-1211

LETTERHEAD PRESS
16800 W. RYERSON Rd
BERLIN WI 53151-3522

LIBERTY PROPERTY LIMITED PARTNERSHIP
C/O MICHAEL R. MULCAHY AND STEPHANIE
K. HOR-CHEN
222 N. LASALLE STREET
CHICAGO IL 60601

MAJOR LEAGUE BASEBALL
245 PARK AVENUE 30TH FLOOR
NEW YORK NY 10167-3099

MALIFINANCE
25881 NETWORK PL
CHICAGO IL 60673-1258

MOMKUS MCCLUSKEY
1001 WARRENVILLE RD.
SUITE 500
LISLE IL 60532

NAIFEH MARKETING INC
908 AUDELIA ROAD #200-134
RICHARDSON TX 75081-5166

NICOR GAS PO BOX 416
AURORA IL 60568-0001
NISSAN - INFINITI LT POB 660366
DALLAS TX  75266-0366

ODISC
1767 SHERIDAN ST.
RICHMOND IN 47374-1811

ORKIN PEST CONTROL
603 E. DIEHL RD SUITE 124
WARRENVILLE IL 60555

PACKAGE RIGHT CORPORATION
DEPT 30676
PO BOX 790126
SAINT LOUIS MO 63179-0126

PRINCIPAL LIFE-DENTAL INSURANCE
PO BOX 14513
DES MOINES IA 50306-3513

PUPELIS BERLIN & STICKER
970 N. OAKLAWN AVE.
ELMHURST IL 60126-1059

RC SALES & MARKETING
2332 BENTLEY DR.
FLOWER MOUND TX 75028-4573

REPUBLIC SERVICES
PO BOX 9001154
LOUISVILLE KY 40290-1154

SANDRA BERGESON
1075 BUCKSKIN LANE
CAROL STREAM IL 60188-9103

STEPHEN D. IHRIG PC
5455 GULL RD
SUITE D-168
KALAMAZOO MI 49048-7654

TELLER LEVIT SILVERTRUST
19 S. LASALLE SUITE 701
CHICAGO IL 60603-6369

THE CUSTOM COMPANIES
AMERICAN FINANCIAL MANAGEMENT INC.
3715 VENTURA DRIVE
ARLINGTON HEIGHTS IL 60004-7696

TWIST OFFICE PRODUCTS
PO BOX 101
WOOD DALE IL 60191-0101

TYCO INTEGRATED SECURITY
PO BOX 371967
PITTSBURGH PA 15250-7967

UPS FREIGHT
28013 NETWORK PL
CHICAGO IL 60673-1280

ULINE
PO BOX 88741
CHICAGO IL 60680-1741

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY PA 18002-5505

VILLAGE OF ITASCA
550 W. IRVING PARK RD.
ITASCA IL 60143-2018

WELLS FARGO FINANCIAL
LEASING INC.
800 WALNUT STREET
MAC N0005-055
DES MOINES IA 50309-3605

WORLD SYNC
7887 WASHINGTON VILLAGE DR.
SUITE 300
DAYTON OH 45459-3988

PATRICK S LAYNG
OFFICE OF THE U.S. TRUSTEE
REGION 11
219 S DEARBORN ST. ROOM 873
CHICAGO IL 60604-2027

JOHN DABROWSKI
BLOOMINGDALE TOWNSHIP
ASSESSOR
6 N 050 ROSEDALE RD.
BLOOMINGDALE IL 60108

ILLINOIS DEPARTMENT OF
REVENUE
100 W. RANDOLPH ST.
CHICAGO IL 60601

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
P.O. BOX 21126
PHILADELPHIA PA 19114-0326

ZACHARY T. FARDON
 UNITED STATES ATTORNEY
219 S. DEARBORN 5TH FLOOR
CHICAGO IL 60604

ERIC H. HOLDER
ATTORNEY GENERAL OF THE
UNITED STATES
950 PENNSYLVANIA AVE. NW
WASHINGTON DC 20530-0001

LOUIS G. APOSTOL 2516
WAUKEGAN RD.
SUITE 374
GLENVIEW IL 600025

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Trivial Development Corp.**, | Bankruptcy No. 14-21378 |
| Debtor. | Honorable Donald R. Cassling |

**MOTION FOR APPROVAL OF FINAL DISTRIBUTIONS**
**TO HOLDERS OF ALLOWED CLASS 2 CLAIMS**
**(GENERAL UNSECURED CLAIMS) UNDER**
**CONFIRMED PLAN**

Trivial Development Corp., as the Reorganized Debtor ("***TDC***"), hereby moves the Court, pursuant to Article 12 of the Confirmed Plan (defined below), for entry of an order approving the final distributions to Holders of Allowed Class 2 Claims (Unsecured Claims) under the Confirmed Plan.[1]  In support of this motion, TDC states and alleges as follows.

1.  TDC filed for relief under chapter 11 of title 11 (11 U.S.C. §§ 101 *et seq.*, the "***Bankruptcy Code***") on June 6, 2014.

2.  On August 4, 2015, the Court entered an order confirming TDC's Amended Plan of Reorganization (the "***Confirmed Plan***").  The Effective Date of the Plan was August 20, 2015.

3.  Due to post-confirmation financial difficulties, TDC was unable to continue operating its business as originally contemplated under the Confirmed Plan.

4.  TDC's business, however, did have value that could be captured

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed thereto in the Confirmed Plan.  A copy of Confirmed Plan or any other document referenced herein will be provided to any entity upon request to TDC's undersigned counsel.

{00078485}                                                 1

through a sale of the business. TDC therefore determined that it was in the best interest of its creditors to: (a) enter into a post-confirmation transaction pursuant Article 5.3.5 of the Confirmed Plan; (b) seek a modification of the Confirmed Plan that would, among other things, transfer TDC's assets back into the bankruptcy estate so that the assets could be sold pursuant to section 363 of the Bankruptcy Code; and (c) seek approval of an auction and sale process for the sale of substantially all of TDC's assets (i.e., the post-confirmation transaction).

5. On July 21, 2016, the Bankruptcy Court entered an Order Approving Bidding and Sale Procedures (Dkt. No. 278).

6. An auction for the sale of TDC's assets was conducted on August 15, 2016, and an order approving the sale of TDC's assets to Wood Expression, Inc., and modifying the Confirmed Plan was entered on August 17, 2016 (the "**Sale Order**")(Dkt. 289).

7. Pursuant to the Sale Order, the proceeds of the sale were distributed as follows:

    a. $750,000.00 to Fifth Third Bank, TDC's primary secured creditor, in exchange for the complete release of the bank's security interest in the assets of TDC;

    b. $35,000.00 to The Law Office of William J. Factor, Ltd., as partial payment of its administrative claim in the Case and the fees incurred in connection with the sale of TDC's assets; and

    c. $53,000.00 to the Unsecured Creditors Trust for the benefit of Holders of Unsecured Claims.

Sale Order at ¶ 13.

8. Pursuant to the Confirmed Plan, Holders of Allowed Class 2 Claims (General Unsecured Claims) are entitled to share *pro rata* in the funds deposited into Unsecured Creditors Trust. Confirmed Plan at Art. 4.4.2.

9. As a result of the Sale Order there is a total of $53,000 in the Unsecured Creditors Trust. Other than a small deposit of approximately $9

necessary to round out the *pro rata* distribution, there will be no further deposits into the Unsecured Creditors Trust, as TDC has no going business and no other source of funds or income. As required by the Confirmed Plan, TDC intends on making a pro rata distribution to the Holders of Allowed Class 2 Claims by December 31, 2016, or as soon as possible thereafter.

10. TDC has determined that the total amount of Allowed Class 2 Claims is $1,089,649.11. The Holders of these Claims, the respective amount of their Allowed Claims, and their respective *pro rata* share of the funds in the Unsecured Creditors Trust (approximately 5% of their Claims) are set forth in Schedule A.

11. Given the relatively unusual course of post-confirmation events in this Case, pursuant to Article 12 of the Confirmed Plan, TDC seeks approval from the Court of the final distributions to Holders of Allowed Class 2 Claims in the amounts set forth in Schedule A.

## NOTICE

12. Notice of this motion has been given to (a) the United States Trustee, (b) all creditors in the case, and (c) all other parties in interest who have requested notice in this Case.

WHEREFORE, for the reasons set forth herein, TDC respectfully requests that the Court enter an order, substantially in form submitted with this motion, granting the relief requested and granting such further relief as the Court deems appropriate under the circumstances.

Dated: November 23, 2016                Respectfully submitted,

**Trivial Development Corp.**

By: /s/ Sara E. Lorber
    One of Its Attorneys

{00078485}                                                                                                  3

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-6976
Fax:    (847) 574-8233
wfactor@wfactorlaw.com
jpaulsen@wfactorlaw.com

## SCHEDULE A

| Creditor | Original Claim Amount | Allowed Class 2 Claim | Pro Rata Disribution | Notes |
|---|---|---|---|---|
| ABC-Amega, Inc. | $722.03 | $722.03 | $37.87 | |
| American Express Bank, FSB | $14,298.46 | $14,298.46 | $749.95 | |
| Armbrust Paper Tubes | $14,223.16 | $14,223.16 | $746.00 | |
| Artworks! Licensing, LLC | $734.17 | $734.17 | $38.51 | |
| Avery Dennison | $781.00 | $781.00 | $40.96 | |
| Balsamo Partners | $8,360.92 | $8,360.92 | $438.53 | |
| Bently Licensing | $884.68 | $884.68 | $46.40 | |
| Berlin Strickler & Associates, Ltd. | $15,750.00 | $15,750.00 | $826.09 | |
| Cartamundi | $13,500.00 | $0.00 | $0.00 | Opted for 10% buy out under Plan |
| Cartamundi USA / American Financial Management | $19,428.80 | $0.00 | $0.00 | Opted for 10% buy out under Plan |
| Cartamundi USA, Inc. | $13,500.00 | $0.00 | $0.00 | Opted for 10% buy out under Plan |
| Cbeyond | $807.27 | $0.00 | $0.00 | |
| ComEd | $1,188.03 | $1,188.03 | $62.31 | |
| Corbis Corporation | $635.00 | $635.00 | $33.31 | |
| Creative Assembly, Inc. | $56,000.00 | $56,000.00 | $2,937.20 | |
| Creekside Printing | $40,485.02 | $0.00 | $0.00 | Opted for 10% buy out under Plan |
| Custom Global Logistics | $3,145.41 | $3,145.41 | $164.98 | |
| Demaio Graphics | $1,555.93 | $1,555.93 | $81.61 | |
| DG Printing | $14,135.00 | $14,161.00 | $742.74 | |
| DG Printing, Inc. | $151,592.32 | $13,614.32 | $714.07 | |
| DG Printing, Inc. | $0.00 | $0.00 | $0.00 | Duplicative of Claim 9 |
| EDOC Communications | $124,196.38 | $124,196.38 | $6,514.10 | |
| EPI Printers, Inc. | $7,695.50 | $7,695.50 | $403.63 | |
| Estate of Angeline Balsamo | $23,000.00 | $23,000.00 | $1,206.35 | |
| Estate of Angeline Balsamo | $23,000.00 | $23,000.00 | $1,206.35 | |
| Fifth Third Bank | $1,274,512.60 | $0.00 | $0.00 | |
| General Display Works | $9,956.20 | $9,956.20 | $522.20 | |
| Great American Greed | $6,381.81 | $6,381.81 | $334.73 | |
| Infiniti | $780.65 | $0.00 | $0.00 | Lease was paid |
| Jessup Paper Box | $102,300.94 | $102,300.94 | $5,365.68 | |
| KTR Illinois, LLC | $384,128.59 | $372,128.59 | $19,518.14 | Paid $12,000 pursuant to settlement. |
| Kuehne & Nagel SVC's Ltd. | $3,827.17 | $3,827.17 | $200.74 | |
| Larry Balsamo | $369,215.00 | $0.00 | $0.00 | Insider claim |
| Law Offices of Christopher Stull | $24,615.20 | $24,615.20 | $1,291.07 | |
| Lawrence J. Balsamo | $369,215.00 | $0.00 | $0.00 | |
| Letterhead Press | $40,133.89 | $40,133.89 | $2,105.02 | |
| Liberty Property Limited Partnership | $60,196.75 | $0.00 | $0.00 | Lease assumed |
| Liberty Property Ltd Partnership | $18,794.31 | $0.00 | $0.00 | Lease assumed |
| Major League Baseball | $25,712.84 | $25,712.84 | $1,348.64 | |

# SCHEDULE A

| Creditor | Original Claim Amount | Allowed Class 2 Claim | Pro Rata Disribution | Notes |
|---|---:|---:|---:|---|
| Malifinance | $300.47 | $300.47 | $15.76 | |
| Momkus McCluskey | $2,228.00 | $2,228.00 | $116.86 | |
| Naifeh Marketing, Inc. | $37,961.98 | $37,961.98 | $1,991.11 | |
| Nicor Gas | $2,820.87 | $0.00 | $0.00 | Paid |
| Nissan - Infiniti LT | $18,004.95 | $0.00 | $0.00 | Lease was paid |
| ODISC | $2,727.54 | $2,727.54 | $143.06 | |
| Orkin Pest Control | $102.16 | $102.16 | $5.36 | |
| Package Right Corporation | $31,260.57 | $31,260.57 | $1,639.62 | |
| Principal Life-Dental Insurance | Unknown | $0.00 | $0.00 | |
| Pupelis, Berlin & Sticker | $6,250.00 | $6,250.00 | $327.81 | |
| RC Sales & Marketing | $4,128.03 | $4,128.03 | $216.52 | |
| Republic Services | $179.21 | $0.00 | $0.00 | Paid |
| Sandra Bergeson | $290,152.00 | $0.00 | $0.00 | |
| Stephen D. Ihrig PC | Unknown | $0.00 | $0.00 | |
| Teller Levit Silvertrust | Unknown | $0.00 | $0.00 | |
| The Custom Companies / American Financial Management, Inc. | $12,663.64 | $12,663.64 | $664.21 | |
| Twist Office Products | $1,177.61 | $1,177.61 | $61.77 | |
| Tyco Integrated Security | $279.00 | $0.00 | $0.00 | |
| Uline | $1,442.43 | $0.00 | $0.00 | |
| UPS Freight | Unknown | $0.00 | $0.00 | |
| Village of Itasca | $173.03 | $173.03 | $9.08 | |
| Wells Fargo Financial Leasing | $2,682.39 | $2,682.39 | $140.69 | |
| World Sync | Unknown | $0.00 | $0.00 | |
| | TOTAL: | $1,010,658.05 | $53,009.01 | |
| | TOTAL FUNDS: | $53,000.00 | | |
| | % RECOVERY | 5.245% | | |