**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Trivial Development Corp.**, | Bankruptcy No. 14-21378 |
| Debtor. | Honorable Donald R. Cassling |

**NOTICE OF MOTION FOR ENTRY OF FINAL DECREE**
**AND TO CLOSE BANKRUPTCY CASE**

    **PLEASE TAKE NOTICE** that on **December 20, 2016, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will present the Reorganized Debtor's Motion for Entry of Final Decree and to Close Bankruptcy Case before the Honorable Donald R. Cassling, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. A copy of the Motion is herewith served upon you.

Dated: November 23, 2016                  **Trivial Development Corp.**

                                                  By: /s/ Sara E. Lorber
                                                     One of Its Attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-6976
Fax:  (847) 574-8233
Email:wfactor@wfactorlaw.com
       jpaulsen@wfactorlaw.com

{00078744}

# CERTIFICATE OF SERVICE

I, Sara E. Lorber, an attorney, hereby certify that on November 23, 2016, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice* and the accompanying *Notice of Motion* and *Reorganized Debtor's Motion for Entry of Final Decree and to Close Bankruptcy Case* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List and by United States Mail on the persons with addresses below.

/s/ Sara E. Lorber

**SERVICE LIST**

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| David L. Hazan | dlhazan@divergrach.com |
| Stephanie K. Hor-Chen | schen@vedderprice.com, ecfdocket@vedderprice.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Christopher M. Saternus | cmsaternus@msn.com |
| David A. Shapiro | dshapiro@bronsonkahn.com |
| Ariel Weissberg | ariel@weissberglaw.com, Hava@weissberglaw.com, mike@weissberglaw.com, victor@weissberglaw.com, john@weissberglaw.com, ro@weissberglaw.com |

United States Mail Recipients

THE NATIONAL REPUBLIC BANK
OF CHICAGO
1201 W. HARRISON STREET
CHICAGO IL 60607-3319

EDOC COMMUNICATIONS INC.
555 BUSINESS CENTER PKWY.
MOUNT PROSPECT IL 60056-2175

(NICOR) NORTHERN ILLINOIS
GAS
ATTENTION BANKRUPTCY &
COLLECTIONS PO BOX 549
AURORA IL 60507-0549

ABC-AMEGA INC.
1100 MAIN STREET
BUFFALO NY 14209-2356

AMERICAN EXPRESS BANK
FSB C/O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

ARMBRUST PAPER TUBES
6255 S. HARLEM AVE
CHICAGO IL 60638-3906

ARTWORKS! LICENSING LLC
10099 SE WHITE PELICAN WAY
 JUPITER FL 33469-1428

AVERY DENNISON
1100 MAIN ST.
BUFFALO NY 14209-2308

BALSAMO PARTNERS
539 YOSEMITE CT
 ROSELLE IL 60172-1211

BENTLY LICENSING
1410J LESNICK LANE
 PO BOX 5551
WALNUT CREEK CA 94596-1551

CKB FIRM
30 N. LASALLE ST SUITE 1520
CHICAGO IL 60602-3387

CARTAMUNDI USA
AMERICAN FINANCIAL
MANAGEMENT INC. 8755 W.
HIGGENS SUITE 610
CHICAGO IL 60631-2751

CARTAMUNDI USA INC
TELLER LEVITT & SILVERTRUST
PC
19 SOUTH LASALLE STREET
SUITE 701 CHICAGO IL 60603-6369

CBEYOND
13474 COLLECTIONS DR.
CHICAGO IL 6069

CHRISTOPHER M. SATERNUS PC
102 WEST EMERSON ST
ARLINGTON HEIGHTS IL 60005-
3738

COMED COMPANY
3 LINCOLN CENTER
ATTN: BKCY GROUP - CLAIMS
DEPARTMENT OAK BROOK IL
60181-4204CORBIS CORPORATION
13159 COLLECTIONS CENTER DR.
CHICAGO IL 60693-0131

CREATIVE ASSEMBLY
539 YOSEMITE CT ROSELLE IL
60172-1211
CREATIVE ASSEMBLY INC
539 YOSEMITE CT
ROSELLE IL 60172-1211

CREEKSIDE PRINTING
1175 DAVIS ROAD
ELGIN IL 60123-1315

CUSTOM GLOBAL LOGISTICS
317 W. LAKE ST.
NORTHLAKE IL 60164-2433

DG PRINTING INC
2246 PALMER DRIVE
SCHAUMBURG IL 60173-3852

DEMAIO GRAPHICS
9745 SOUTH INDUSTRIAL DR.
BRIDGEVIEW IL 60455-2331

EDOC COMMUNICATIONS INC
DAVID A SHAPIRO
BRONSON & KAHN LLC
150 N WACKER DRIVE SUITE 1400
CHICAGO IL 60606-1634

EPI PRINTERS INC
C/O DANIELLE MASON ANDERSON
277 SOUTH ROSE STREET
SUITE 5000
KALAMAZOO MI 49007-4730

EDWARD BERLIN
BERLIN STRICKLER & ASSOCIATES LTD
970 N OAKLAWN AVE STE 301
ELMHURST IL 60126-1027

ESTATE OF ANGELINE BALSAMO
539 YOSEMITE CT ROSELLE IL 60172-1211

FIFTH THIRD BANK
C/O DAVID L HAZAN
111 N COUNTY STREET
WAUKEGAN IL 60085-4344

FIRST FEDERAL LEASING
348 WEST MAIN ST.
#203
MARSHALL MN 56258-137

GFC LEASING
PO BOX 2290
MADISON WI 53701-2290

GENERAL DISPLAYS
5450 DODDS AVE
BUENA PARK CA 90621-1209

GREAT AMERICAN GREED
633 S. FEERAL
SUITE 400A
FORT LAUDERDALE FL 33301-3393

HINCKLEY SPRINGS WATER
PO BOX 660579
DALLAS TX 75266-0579

INFINITI
4325 LINCOLN AVE.
LISLE IL 60532 1211

JESSUP PAPER BOX
4775 DALE DR
LAFAYETTE IN 47905-7709

KTR
KIF PROPERTY TRUST
PO BOX 415489
BOSTON MA 02241-5489

KTR ILLINOIS LLC
C/O ARIEL WEISSBERG ESQ
401 S LASALLE ST STE 403
CHICAGO IL 60605-1079

KATHY BAZOIAN
PHELPS DIAMOND MCCARTHY LLP
1999 AVENUE OF THE STARS
11TH FLOOR
LOS ANGELES CA 90067-4618

*CANADA*
KUEHNE & NAGEL SVC'S LTD
601-535 THURLOA ST.
VANCOUVER BC V6E3L2 CANADA

LAW OFFICES OF CHRISTOPHER STULL
29W204 ROOSEVELT ROAD
WEST CHICAGO IL 60185-3926

{00078744}                              2

LAWRENCE J BALSAMO
539 YOSEMITE CT
ROSELLE IL 60172-1211

LETTERHEAD PRESS
16800 W. RYERSON Rd
BERLIN WI 53151-3522

LIBERTY PROPERTY LIMITED PARTNERSHIP
C/O MICHAEL R. MULCAHY AND STEPHANIE
K. HOR-CHEN
222 N. LASALLE STREET
CHICAGO IL 60601

MAJOR LEAGUE BASEBALL
245 PARK AVENUE 30TH FLOOR
NEW YORK NY 10167-3099

MALIFINANCE
25881 NETWORK PL
CHICAGO IL 60673-1258

MOMKUS MCCLUSKEY
1001 WARRENVILLE RD.
SUITE 500
LISLE IL 60532

NAIFEH MARKETING INC
908 AUDELIA ROAD #200-134
RICHARDSON TX 75081-5166

NICOR GAS PO BOX 416
AURORA IL 60568-0001
NISSAN - INFINITI LT POB 660366
DALLAS TX  75266-0366

ODISC
1767 SHERIDAN ST.
RICHMOND IN 47374-1811

ORKIN PEST CONTROL
603 E. DIEHL RD SUITE 124
WARRENVILLE IL 60555

PACKAGE RIGHT CORPORATION
DEPT 30676
PO BOX 790126
SAINT LOUIS MO 63179-0126

PRINCIPAL LIFE-DENTAL INSURANCE
PO BOX 14513
DES MOINES IA 50306-3513

PUPELIS BERLIN & STICKER
970 N. OAKLAWN AVE.
ELMHURST IL 60126-1059

RC SALES & MARKETING
2332 BENTLEY DR.
FLOWER MOUND TX 75028-4573

REPUBLIC SERVICES
PO BOX 9001154
LOUISVILLE KY 40290-1154

SANDRA BERGESON
1075 BUCKSKIN LANE
CAROL STREAM IL 60188-9103

STEPHEN D. IHRIG PC
5455 GULL RD
SUITE D-168
KALAMAZOO MI 49048-7654

TELLER LEVIT SILVERTRUST
19 S. LASALLE SUITE 701
CHICAGO IL 60603-6369

THE CUSTOM COMPANIES
AMERICAN FINANCIAL MANAGEMENT INC.
3715 VENTURA DRIVE
ARLINGTON HEIGHTS IL 60004-7696

TWIST OFFICE PRODUCTS
PO BOX 101
WOOD DALE IL 60191-0101

TYCO INTEGRATED SECURITY
PO BOX 371967
PITTSBURGH PA 15250-7967

UPS FREIGHT
28013 NETWORK PL
CHICAGO IL 60673-1280

ULINE
PO BOX 88741
CHICAGO IL 60680-1741

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY PA 18002-5505

VILLAGE OF ITASCA
550 W. IRVING PARK RD.
ITASCA IL 60143-2018

WELLS FARGO FINANCIAL
LEASING INC.
800 WALNUT STREET
MAC N0005-055
DES MOINES IA 50309-3605

WORLD SYNC
7887 WASHINGTON VILLAGE DR.
SUITE 300
DAYTON OH 45459-3988

PATRICK S LAYNG
OFFICE OF THE U.S. TRUSTEE
REGION 11
219 S DEARBORN ST. ROOM 873
CHICAGO IL 60604-2027

JOHN DABROWSKI
BLOOMINGDALE TOWNSHIP
ASSESSOR
6 N 050 ROSEDALE RD.
BLOOMINGDALE IL 60108

ILLINOIS DEPARTMENT OF
REVENUE
100 W. RANDOLPH ST.
CHICAGO IL 60601

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
P.O. BOX 21126
PHILADELPHIA PA 19114-0326

ZACHARY T. FARDON
 UNITED STATES ATTORNEY
219 S. DEARBORN 5TH FLOOR
CHICAGO IL 60604

ERIC H. HOLDER
ATTORNEY GENERAL OF THE
UNITED STATES
950 PENNSYLVANIA AVE. NW
WASHINGTON DC 20530-0001

LOUIS G. APOSTOL 2516
WAUKEGAN RD.
SUITE 374
GLENVIEW IL 600025

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Trivial Development Corp.**, | Bankruptcy No. 14-21378 |
| Debtor. | Honorable Donald R. Cassling |

**MOTION FOR ENTRY OF ORDER APPROVING**
**DISTRIBUTIONS, ENTERING FINAL DECREE AND**
**CLOSING THE BANKRUPTCY CASE**

Trivial Development Corp., as the Reorganized Debtor ("***TDC***"), hereby requests entry of an Order, substantially in the form submitted herewith, (a) approving the distribution report appended hereto, and (b) entering a final decree and closing the above captioned case (the "***Case***"), as the Case has been fully administered.  In support of this motion, TDC states as follows:

**BACKGROUND**

1. TDC filed for relief under chapter 11 of title 11 (11 U.S.C. §§ 101 *et seq.*, the "***Bankruptcy Code***") on June 6, 2014.

2. On August 4, 2015, the Court entered an order confirming TDC's Amended Plan of Reorganization (the "***Confirmed Plan***").[1]  The Effective Date of the Confirmed Plan was August 20, 2015.

3. Due to post-confirmation financial difficulties, TDC was unable to continue operating its business as originally contemplated by the Confirmed Plan.

4. TDC, however, did receive offers for the purchase of substantially all of its assets.  It therefore determined that it was in the best interest of its creditors to: (a) enter into a post-confirmation transaction to sell its assets in

---

[1] A copy of Confirmed Plan or any other document referenced herein will be provided upon request to TDC's undersigned counsel.  Further, all capitalized terms not otherwise defined shall have the meaning ascribed thereto in the Confirmed Plan.

{00078744}

accordance with Article 5.3.5 of the Confirmed Plan; (b) seek a modification of the Confirmed Plan that would, among other things, transfer TDC's assets back into the bankruptcy estate; and (c) seek approval of an auction procedure for the sale of substantially all of TDC's assets (i.e., the post-confirmation transaction) and approval of the sale to the winning bidder.

5. On July 21, 2016, the Bankruptcy Court entered an Order Approving Bidding and Sale Procedures (Dkt. No. 278).

6. An auction for the sale of TDC's assets was conducted on August 15, 2016, and an order approving the sale of TDC's assets to Wood Expression, Inc. on August 17, 2016 (the "*Sale Order*")(Dkt. 289).

7. Pursuant to the Sale Order, the proceeds of the sale were distributed as follows:

   a. $750,000.00 to Fifth Third Bank in exchange for the complete release of the bank's security interest in the assets of TDC;

   b. $35,000.00 to The Law Office of William J. Factor, Ltd., as partial payment of its administrative claim in the Case and the fees incurred in connection with the sale of TDC's assets; and

   c. $53,000.00 to the Unsecured Creditors Trust.

Sale Order at ¶ 13.

8. Pursuant to the Confirmed Plan, the funds in the Unsecured Creditors Trust are to be distributed on a *pro rata* basis to holders of Allowed Class 2 Claims (General Unsecured Claims). Confirmed Plan at Art. 4.4.2.

9. Concurrent with this motion, TDC filed and served a Motion to Approve Final Distributions to Holders of Allowed Class 2 Claims (General Unsecured Claims) Under the Confirmed Plan (Dkt. No. 291), detailing the final *pro rata* distribution TDC believes is due to each holder of an Allowed Class 2 Claims, i.e., Unsecured Claims.

## DISCUSSION

10. TDC seeks entry of an order providing for the entry of a final decree and an order closing the Case. Such relief is appropriate at this point because the

Case has been substantially administered and the Confirmed Plan substantially consummated.

11. Bankruptcy Code section 350(a) provides that the court shall close a bankruptcy case once it has been fully administered. 11 U.S.C. §350(a) ("After an estate is fully administered ... the court shall close the case."). Bankruptcy Rule 3022 implements § 350(a) in the context of a chapter 11 reorganization. Fed. R. Bankr. P. 3022 ("After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.").

12. The term "fully administered" is not defined in the Bankruptcy Code. "At one extreme, an estate could be fully administered when a Chapter 11 plan is confirmed and the estate dissolves.... At the other extreme, an estate can be fully administered when all that is called for under a plan occurs." *In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990). Several courts have held that a case is fully administered and may be closed even though the reorganized debtor has not completed all payments to creditors. *See e.g.*, *In re D&L Nicolaysen*, 228 B.R. 261 (Bankr. E.D. Ca. 1998); *In re Jay Bee Enterprises, Inc.*, 207 B.R. 536, 539 (Bankr. E.D. Ky. 1997) ("[Rule 3022] does not require that a chapter 11 case be kept open until all awarded fees and allowed claims have been paid in accordance with the confirmed plan…").

13. To assist courts in deciding whether a case is substantially administered, there are six non-exclusive factors. *In re Rebel Rents, Inc.*, 326 B.R. 791, 804 (Bankr. C.D. Cal. 2005); *Jay Bee Enterprises, Inc.*, 207 B.R. at 538. Not all of these factors need to exist before a court may enter a final decree; these factors only serve as a guideline. *See e.g.*, *Mold Makers*, 124 B.R. at 768 (noting that all six factors need not be present; rather, a court uses the factors "as a guide in assisting . . . in its decision to close a case."). The six factors are: (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been distributed; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor has assumed the business

{00078744}                                    3

or management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters and adversary proceedings have been resolved.

14. Here, the applicable factors support closing the Case. The order confirming the Plan is final, and TDC assumed responsibility for the property to be dealt with under the Plan, and then, when it made sense, took measures to re-vest its assets in the estate so that they could be sold.

15. All payments to be made under the Confirmed Plan, as modified, have been made except for the distributions to Holders of Allowed Class 2 Claims, which TDC will make on or before December 31, 2016, in accordance with Notice of Final Distributions to Unsecured Creditors under Confirmed Plan.

16. All motions (other than the instant motion and the related motion seeking approval of final distribution to unsecured creditors) and contested matters have been resolved.

17. And, finally all required statements have been filed and all quarterly payments to the Office of the United States Trustee have been made.

18. In sum, there is no reason to keep this Case open. A final decree should be entered and the Case closed.

## **NOTICE**

19. Notice of this motion has been given to (a) the United States Trustee, (b) all creditors in the case, and (c) all other parties in interest who have requested notice in this Case.

{00078744}                                              4

WHEREFORE, TDC respectfully requests that this Court enter an Order, substantially in the form submitted herewith: (a) authorizing the entry of a final decree closing this Case pursuant 11 U.S.C. § 350(a) and Bankruptcy Rule 3022; and (b) granting the Reorganized Debtor such other and further relief as may be appropriate.

Dated:  November 23, 2016

Respectfully submitted,

**Trivial Development Corp.**

By: /s/ Sara E. Lorber
    One of Its Attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-6976
Fax:   (847) 574-8233
wfactor@wfactorlaw.com
jpaulsen@wfactorlaw.com

{00078744}                              5