UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-21378 |
| | ) | |
| Trivial Development Corp., | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

Upon the Reorganized Debtor's Motion for Entry of Final Decree and to Close Bankruptcy Case (the "Motion") filed by Reorganized Trivial Development Corp., this Court (i) having jurisdiction over the matters set forth in the Motion, (ii) finding that notice of the Motion was appropriate under the circumstances and that no further notice is required, and (iii) finding that good and sufficient cause exists to grant the relief requested in the Motion; IT IS HEREBY ORDERED THAT:

1. The Motion is granted in all respects; and

2. The Clerk of the Court is directed to close the captioned captioned Chapter 11 case.

Enter:

*Donald R Cassling*

Dated: **DEC 3 0 2016**

United States Bankruptcy Judge

**Prepared by:**
William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email:wfactor@wfactorlaw.com
jpaulsen@wfactorlaw.com

Rev: 20130104_bko